**Order entered January 22, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01395-CV

**NAVAL PATEL, Appellant**

**V.**

**OSCAR INSURANCE COMPANY, Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-18066**

## ORDER

Appellant has informed the Court he requested the reporter's record on December 23, 2019. Accordingly, we **ORDER** Deana K. Rouse, Official Court Reporter of the 95th Judicial District Court, to file the record no later than February 10, 2020.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Rouse and the parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE